# First District Court of Appeal
## State of Florida

_____

No. 1D18-0479
_____

NICHOLAS E. MAXWELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

November 6, 2018

PER CURIAM.

AFFIRMED.

WOLF, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nicholas E. Maxwell, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.